UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
5:16-CR-126-FL-001

| UNITED STATES OF AMERICA, | ) | ORDER SEALING DEFENDANT'S |
| | ) | SENTENCING RECOMMENDATION AND |
| v. | ) | OBJECTIONS TO THE PSI REPORT |
| | ) | |
| TYREE DEMETRIUS MCMILLAN | ) | |

Based upon good cause shown, the Sentencing Recommendation and Objections to the PSI Report for the Defendant Tyree Demetrius McMillian is hereby granted and the Clerk of Court is hereby ORDERED to file said document under seal.

This the 17th day of January, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge